IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| MICHAEL W. SANDEL AND ROXANNE ARDOIN | § | |
| Debtor | § | CASE NO. 11-35769 |

**NOTICE OF TRANSFER OF CLAIM - Bankruptcy Rule 3001(e)(4)**
**CLAIM NUMBER(S)  5**

As the attorney representing FCI Lender Services, as mortgage servicer, their successors and assigns (hereinafter CREDITOR), in the above case I hereby give notice of the assignment and transfer of the above filed claim(s) and submit the following information:

**Name and address of transferor (original claimant)**
Newbury Place REO III, LLC
c/o BSA Financial Services, Inc.
7500 old Georgetown Road, Suite 1300
Bethesda, MD 20814
**Last 4 digits of Account No.** ******____


**Name and address of transferee:**
FCI Lender Services
9400 SW Beaverton Hillsdale Hwy, Ste 301
Beaverton, OR 97005
**Last 4 digits of Account No.** ******XXXXXX0004

Amount of claim being transferred:

Claim Number 5-1  $165,276.53


SIGNED November 20, 2012


I swear under the penalty of perjury that the above is correct.

12-000012-745

Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P. C.

/s/ Michael Zientz
_____
Michael Zientz
State Bar No.: 24003232
Mackie Wolf Zientz & Mann, P. C.
Pacific Center I, Suite 660
14180 North Dallas Parkway
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686
ATTORNEY FOR CREDITOR

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing Notice of Transfer has been served on the parties via fax. U.S. Mail, e-mail, or ECF on November 20, 2012.

/s/ Michael Zientz
_____
Michael Zientz
Mackie Wolf Zientz & Mann, P. C.