IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| MICHAEL W. SANDEL and | § | |
| ROXANNE C. SANDEL | | |
| Debtors | § | CASE NO. 11-35769 |

<u>NOTICE OF TRANSFER OF CLAIM – Bankruptcy Rule 3001(e)(4)</u>
<u>CLAIM NUMBER(S) 5</u>

As the attorney representing Loan Resolution Corporation, as mortgage servicer, their successors and assigns (hereinafter CREDITOR), in the above case I hereby give notice of the assignment and transfer of the above filed claim(s) and submit the following information:

**Name and address of transferor (original claimant)**
FCI Lender Services
9400 SW Beaverton Hillsdale Hwy,
Ste 301
Beaverton, OR 97005
**Last 4 digits of Account No. ******<u>2777</u>**

**Name and address where payments should be sent for transferee:**
Loan Resolution Corporation
17898 SW McEwan Road, Suite 200
Tigard, OR 97224

**Name and address where notices should be sent for transferee:**
Loan Resolution Corporation
17898 SW McEwan Road, Suite 200
Tigard, OR 97224
**Last 4 digits of Account No. ******<u>0004</u>**

Amount of claim being transferred:

Claim Number 5 $165,276.53

12-000012-745

SIGNED August 29, 2014

I swear under the penalty of perjury that the above is correct.

Respectfully submitted,

/s/ Chelsea Schneider
Chelsea Schneider
Bar No. 24079820
Mackie Wolf Zientz & Mann, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686
cschneider@mwzmlaw.com
ATTORNEY FOR CREDITOR

**Certificate of Service**

I, Chelsea Schneider, do hereby certify that a true and correct copy of the above and foregoing Notice of Transfer has been served on the parties via fax. U.S. Mail, e-mail, or ECF on this 29th of August, 2014,

/s/ Chelsea Schneider
Chelsea Schneider
Mackie Wolf Zientz & Mann, P.C.

12-000012-745