IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| ROXANNE C. SANDEL AND | § | |
| MICHAEL W. SANDEL | | |
| Debtor | § | CASE NO. 11-35769 |

NOTICE OF TRANSFER OF CLAIM – Bankruptcy Rule 3001(e)(4)
CLAIM NUMBER(S)  5

As the attorney representing TIMBERLINE SERVICING, as mortgage servicer, their successors and assigns (hereinafter CREDITOR), in the above case I hereby give notice of the assignment and transfer of the above filed claim(s) and submit the following information:

**Name and address of transferor (original claimant)**
Loan Resolution Corporation
17898 SW McEwan Road, Suite 200
Tigard, OR 97224
**Last 4 digits of Account No. ******2777**

**Name and address where payments should be sent for transferee:**
Timberline Servicing
17898 SW McEwan Road, Suite 200
Tigard, OR 97224
**Last 4 digits of Account No. ******0004**

**Name and address where notices should be sent for transferee:**
Timberline Servicing
17898 SW McEwan Road, Suite 200
Tigard, OR 97224
**Last 4 digits of Account No. ******0004**

Amount of claim being transferred:

Claim Number 5 $165,276.53

12-000012-745

SIGNED February 11, 2015

I swear under the penalty of perjury that the above is correct.

Respectfully submitted,

*/s/ Chelsea Schneider*
Chelsea Schneider
Bar No. 24079820
Mackie Wolf Zientz & Mann, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686
cschneider@mwzmlaw.com
ATTORNEY FOR CREDITOR

**Certificate of Service**

I, Chelsea Schneider, do hereby certify that a true and correct copy of the above and foregoing Notice of Transfer has been served on the parties via fax. U.S. Mail, e-mail, or ECF on this 11th of February, 2015,

*/s/ Chelsea Schneider*
Chelsea Schneider
Mackie Wolf Zientz & Mann, P.C.

12-000012-745